FILED

FEB 22 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | Case No. 6:08-MJ-00067-WMW |
| ) | |
| vs. ) | |
| ) | ORDER EXONERATING BOND |
| MICHAEL DeLEON, ) | |
| ) | (reference to case |
| Defendant. ) | 1:10-mj-00034-SMS) |
| ) | |

On JUNE 25, 2008, a cash bond in the amount of $930.00 was posted by defendant Michael DeLeon, receipt no. CT CAE 200008123. The defendant has been sentenced and the bond is hereby ordered exonerated and shall be refunded to Michael DeLeon, at 5330 California City Highway, Santa Margarita, California 93453.

SO ORDERED.

DATED: _Feb. 22, 2010_

_____
SANDRA M. SNYDER
U.S. Magistrate Judge

9/26/96 exonbnd.frm

1